Your Name: SHERRI JEAN PARKS

Address: 7838 STERLING DR

Phone Number: 510.381.9104

Fax Number:

E-mail Address: JEAN KNEE @ HOTMAIL.COM

Pro Se Plaintiff

FILED

JUL 19 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SHERRI "JEAN" PARKS

Plaintiff(s),

vs.

PORT OF OAKLAND DEPT.,
CITY OF OAKLAND

Defendant.

Case Number: C16- 4061 HSG

**EMPLOYMENT DISCRIMINATION COMPLAINT**

DEMAND FOR JURY TRIAL

Yes ☒  No ☐

PAGE 1 OF 18

- 2 -

## PARTIES

1. **Plaintiff.** *[Write your name, address, and phone number.]*

Name: SHERRI "JEAN" PARKS

Address: 7838 STERLING DR, OAKLAND, CA 94605

Phone number: 510.381.9104

2. **Defendant.** *[Write the defendant's full name, address, and phone number. If your employer is a federal agency or department, list the title of the head of that agency or department.]*

Name: PORT OF OAKLAND DEPT., CITY OF OAKLAND

Address: 530 WATER ST, OAKLAND, CA 94607

Phone number: 510.627.1100

## JURISDICTION

3. My case belongs in federal court under federal question jurisdiction because it is based on *[mark each law that applies]*:

☒ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 *[for*

   *claims of discrimination based on race, color, national origin, religion or sex]*

☐ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634

☒ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117

☐ Rehabilitation Act, 29 U.S.C. §§ 791 *et seq. [for disability claims by federal*

   *employees only]*

☒ EQUAL PAY ACT AND FAIR PAY ACT

## VENUE

The counties in this district are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Circle each venue option that applies.

4. Venue is appropriate in this Court because: (1) A substantial part of the events I am suing about happened in this district; (2) I am suing the U.S. government, federal agency, or federal official in his or her official capacity AND I live in this district; (3) At least one defendant is located in this District and any other defendants are located in California.

COMPLAINT

PAGE 2 OF 18 *[JDC TEMPLATE -- Rev. 05/2016]*

- 3 -

## INTRADISTRICT ASSIGNMENT

*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*

5.   Because this lawsuit arose in ___ALAMEDA___ County, it should be assigned to the ___SAN FRANCISCO/OAKLAND___ Division of this Court.

## STATEMENT OF FACTS AND CLAIMS

6.   During the relevant time period, I was employed or sought employment by defendant as *[job title]* ___PLUMBER___.

The job responsibilities included INSTALL MAINTAIN AND REPAIR PIPING FOR BUILDINGS, GROUNDS AND IRRIGATION AT THE HARBOR. DIRECT OTHER EMPLOYEE ASSISTANTS. READ AND ORGANIZE BLUEPRINTS. CREATE ROUGH DRAWINGS. MAINTAIN, CLEAN & STOCK PLUMBING SHOP. READ WATER METERS. TEST EYEWASH STATIONS. USE VARIOUS POWER AND HAND TOOLS. RETAIN CLASS 'C' DRIVER'S LICENSE. ALL OF THESE RESPONSIBILITIES MAY NOT BE ESSENTIAL FUNCTIONS.

7.   I filed charges with the Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's conduct on or about *[date]* ___3.11.14___.

8.   The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter *[attach a copy]*, which was received by me on or about *[date]* ___4.21.16___.

*[INSTRUCTIONS FOR SPECIFIC EMPLOYMENT CLAIMS: .Each of the seven sections below sets out one type of federal employment claim. Not all claims will apply to your situation. Include in your complaint only the claims in which every paragraph applies to you, and on which the charges identified in Paragraph 7, above, were based. PLEASE REVIEW THE INSTRUCTIONS AT THE BEGINNING OF THIS PACKET]*

COMPLAINT

PAGE __3__ OF __18__ *[JDC TEMPLATE – Rev. 05/2016]*

- 4 -

## 9. _____FIRST_____ Claim for Relief

### (Discrimination/Disparate Treatment - Race, Color, Religion, Sex, or National Origin)

_You may submit a claim for discrimination if an employer took an adverse (negative), employment action against you because of your race, color, religion, sex, or national origin. This claim is also called a "disparate treatment" claim because in it you are stating that the employer treated you differently, or disparately, from employees of another race, color, religion, sex, or national origin. This is not the same as harassment; separate harassment/hostile work environment claim templates follow this one. Only include this claim if your race or color, religion, sex, or national origin was a motivating factor in the decision to take action against you._

____. I was able to and did perform my job satisfactorily. _[Explain. For example, if you received good performance reviews, state that here.]_ TOOK ON LEADERSHIP ROLES, RECEIVED GOOD/OUTSTANDING EVALUATIONS _____.

____. I was subject to an adverse employment action by Defendant _[mark each applicable and complete]_:

☐ termination on _[date]_ _____

☐ refusal to promote me to _[list new position]_ _____ on _[date]_ _____

☐ demotion/significant change in responsibilities _[list new position/responsibilities]_ _____ on _[date]_ _____

☒ _[list other action]_ ADDITIONAL DEFENDANT REFUSED TO OFFER OR PAY A 6% AS SIMILARLY SITUATED MALES on _[date]_ SPRING 2003 ____.

____. The sole reason or motivating factor for this action was my _[mark applicable and identify]_:

☐ race or color: _____

☐ religion: _____

☒ sex: _____

☐ national origin: _____

COMPLAINT

PAGE  4  OF  18  _[JDC TEMPLATE – 05/16]_

- 5 -

*[For each adverse employment action, explain how you know it was based on your race. color, religion, sex, or national origin, and any other facts that support your claim. For example, if the person who took the action made negative comments about your race, color, religion, sex, or national origin, describe those statements and when they occurred. If other employees in a similar job situation, but not of your race, color, religion, sex, or national origin were treated better than you, explain their situation, and how, when, and by whom they were treated better. Use more pages as needed.]*

____ . IN OR AROUND SPRING OF 2003 I WAS REQUIRED BY DEFENDANT TO BECOME A CERTIFIED BACKFLOW ASSEMBLY TESTER WHEN SIMILARLY SITUATED MALES RECEIVED THEIR CERTIFICATION THEY WERE OFFERED A 6% PAY INCREASE. I OBTAINED MY CERTIFICATION BUT HAVE NEVER RECEIVED SIMILAR OFFER OR INCREASE. I COMPLAINED MANY TIMES BUT DEFENDANT HAS NOT OFFERED SIMILAR COMPENSATION.

COMPLAINT

PAGE __5__ OF __18__ *[JDC TEMPLATE – 05/16]*

- 7 -

10. _____SECOND_____ **Claim for Relief**

**(Disability Discrimination/Disparate Treatment)**

*You may submit a claim for disability discrimination if your employer took an adverse employment action against you because of your actual disability, or a disability it believed you had.*

____. Within the meaning of the ADA, a disability is a physical or mental impairment that substantially limits one or more major life activities. *[Mark each that applies]*

☐ On or about *[date]* _____, Defendant became aware that I had a disability when *[explain how it became aware]* _____

_____

_____

_____

_____

☐ On or about *[date]* _____, Defendant became aware of a record that identifies me (accurately or not) as having a disability when *[explain how it became aware]* DOCTORS NOTES WERE FAXED TO DEFENDANT REGARDING BACK TO WORK MODIFIED DUTY STATUS _____

_____

_____

☐ On or about [date] _____, Defendant came to believe I had a disability because *[explain what gave you the impression that Defendant believed you had a disability]* _____

_____

_____

_____

_____

____. I was a qualified individual who, with or without a reasonable accommodation,

(a) could perform the essential functions of the position listed in Paragraph 6; and

COMPLAINT

PAGE _6_ OF _18_ *[JDC TEMPLATE – 05/16]*

- 8 -

(b) satisfied the skill, experience, education, and other job-related requirements of the position because *[explain how you met the requirements]* I HAD ALREADY BEEN PERFORMING THE WORK FOR DEFENDANT FOR THE PREVIOUS 12 YEARS

_____. The disability I have or that Defendant saw or believed I had is: TEMPORARY RESTRICTIONS, RIGHT HAND AND LEFT SHOULDER REGARDING PUSHING, PULLING, LIFTING

_____. This disability did or would limit my major life activities in the following ways: _____ LIFTING, PUSHING AND PULLING

_____. This disability was the sole reason or motivating factor for the following adverse employment action(s) taken against me *[mark each applicable and complete]*:

☐ termination on *[date]* _____

☐ refusal to promote me to *[list new position]* _____ on *[date]* _____

☐ demotion/significant change in responsibilities *[list new position/responsibilities]* _____ on *[date]* _____

☒ *[list other action]* REFUSED TO ACCOMODATE TEMPORARY RESTRICTIONS UNNECESSARY DELAY IN RETURN TO WORK on *[date]* 10.31.13 – 2.14 .

*[For each action, explain how you know that it was taken because of your disability. For example, if a supervisor made negative comments about the disability, or other workers who were in similar positions, but did not have this disability were treated better than you, describe that here. Use more pages.]*

_____. PORT DELAYED STARTING INTERACTIVE PROCESS, REASONABLE ACCOMODATION MEETING WAS NOT CONVENED UNTIL AROUND 1.17.14. I WAS DENIED ACCOMMODATION ON 1.24.14. (SEE NEXT PAGE)

COMPLAINT

PAGE 7 OF 18 *[JDC TEMPLATE – 05/16]*

- 19 -

*[Copy this page and insert it where you need additional space to explain what happened.]*

___.

ANOTHER CO-WORKER WAS ALLOWED TEMPORARY MODIFIED DUTY AND ASSIGNED TO SWEEP THE SHOP AND OTHER LIGHT DUTY SHOP WORK. THEY RESTRUCTURED THE JOB TEMPORARILY TO ACCOMMODATE HIS SIMILAR RESTRICTIONS.

___.

ANOTHER CO-WORKER WAS ALLOWED RESTRUCTURED TEMPORARY LIGHT DUTY AND WAS ASSIGNED TO SPRAY PAINT STENCILS. HE HAD SIMILAR MEDICAL ISSUE THAT I HAD AND SIMILAR GRIPPING RESTRICTION.

___.

I WAS HARMED ULTIMATELY BY NOT GETTING PAY CHECKS LATER AND LOSING RETIREMENT TIME

COMPLAINT

PAGE __8__ OF __18__ *[JDC TEMPLATE – 05/16]*

- 9 -

II. ___THIRD___ **Claim for Relief**

**(Disability Discrimination - Failure to Provide Reasonable Accommodation)**

*You may bring this claim if your employer had an obligation to accommodate your disability and failed to do so. Whether an employer was required to make an accommodation depends on whether the employer knew of your disability and need for an accommodation, you were otherwise qualified for the job, and the accommodation was reasonable.*

____. Within the meaning of the ADA, a disability is a physical or mental impairment that substantially limits one or more major life activities. I have the following disability: TEMPORARY REQUEST FROM DOCTOR OF ONE DAY OFF PER WEEK.

____. This disability limits my major life activities in the following ways: WORKING FULL WEEK SHIFT

____. I was a qualified individual who, with or without a reasonable accommodation,

    (a) could perform the essential functions of the position listed in Paragraph 6; and

    (b) satisfied the skill, experience, education, and other job-related requirements of

    the position because *[explain how you met the requirements]* _____

    I WAS ABLE TO PERFORM ALL WORK WHEN I WAS AT WORK FOR THE PAST 12 YEARS I HAD BEEN WORKING THERE

COMPLAINT

PAGE __9__ OF __18__ *[JDC TEMPLATE – 05/16]*

- 10 -

____. Defendant failed to accommodate my disability even though *[mark each applicable and explain]*:

☒ I requested an accommodation *[explain what you asked for, when the request was made, to whom, and Defendant's response]*: AFTER I HAD TAKEN A COUPLE DAYS OF BECAUSE OF A NECK ISSUE, MY SUPERVISOR E. RICHMOND. TOLD ME THAT IT WOULD BE EASIER CODING TIME CARDS IF I GOT A DOCTORS NOTE SAYING I NEEDING ONE DAY OFF A WEEK. ALTHOUGH I DIDN'T NEED IT, HE PRESSURED ME TO DO IT. SINCE I WAS SCHED-ULED FOR SHOULDER SURGERY IN A MONTH, I WENT AHEAD AND GOT A DOCTORS NOTE AROUND THE END OF APRIL 2013. ON   (SEE NEXT PAGE)(1)

☐ Defendant knew, or had reason to know all of the following:

a) I have a disability within the meaning of the ADA;

b) I was experiencing workplace problems because of this disability *[describe the problems and how they related to your disability]*: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

; and

COMPLAINT

PAGE __10__ OF __18__ *[JDC TEMPLATE – 05/16]*

- 19 -

*[Copy this page and insert it where you need additional space to explain what happened.]*

(1) MAY 9TH 2013 I WAS TOLD NOT TO COME TO WORK ANY MORE, TO STAY ON WORK COMP. LATER I WAS TOLD THE PORT COULDN'T ACCOMMODATE BECAUSE OF SCHEDULING. MY JOB REMAINED VACANT FOR AROUND TWO MONTHS

COMPLAINT

PAGE 11 OF 18 *[JDC TEMPLATE – 05/16]*

- 11 -

c) This disability prevented me from requesting a reasonable accommodation *[explain what aspects of your disability made it difficult for you to communicate that you needed an accommodation]* _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____ .

_____. Defendant could have made a reasonable accommodation *[identify the accommodation(s)]*: BY ACCEPTING THE REQUEST FROM THE DOCTOR OF ONE DAY OFF A WEEK THAT THE PORT HAD ASKED ME TO GET

— OR ·

THAT THEY DIDN'T NEED THE DOCTOR'S NOTE TO EASE THEIR TIME CARD CODING ISSUE AND I WOULD HAVE COME TO WORK IF ALLOWED

_____
_____
_____ . The accommodation would have enabled me to *[mark applicable]*: ☐ qualify for the position; ☒ perform the essential functions of the job; ☒ other *[explain]* AND WORK AS I HAD BEEN, UN RESTRICTED, AS I HAD FOR MOST OF THE PAST 12 YEARS .

COMPLAINT
PAGE 12 OF 18 *[JDC TEMPLATE – 05/16]*

- 9 -

12.  ___FOURTH___  **Claim for Relief**

**(Disability Discrimination - Failure to Provide Reasonable Accommodation)**

*You may bring this claim if your employer had an obligation to accommodate your disability and failed to do so. Whether an employer was required to make an accommodation depends on whether the employer knew of your disability and need for an accommodation, you were otherwise qualified for the job, and the accommodation was reasonable.*

____. Within the meaning of the ADA, a disability is a physical or mental impairment that substantially limits one or more major life activities. I have the following disability: TEMPORARY LIFTING, PUSHING OR PULLING.

____. This disability limits my major life activities in the following ways: _____ TEMPORARY CANNOT LIFT PUSH OR PULL MORE THAN THREE POUNDS WITH RIGHT HAND LEFT ARM/SHOULDER RESTRICTED TO TWENTY POUNDS LIFTING. THIRTY POUNDS PUSHING AND PULLING AND ONE DAY OFF A WEEK

____. I was a qualified individual who, with or without a reasonable accommodation,

(a) could perform the essential functions of the position listed in Paragraph 6; and

(b) satisfied the skill, experience, education, and other job-related requirements of the position because *[explain how you met the requirements]* _____ I HAD DONE IT FOR PREVIOUS 12 YEARS

COMPLAINT

PAGE _13_ OF _18_ *[JDC TEMPLATE – 05/16]*

- 10 -

____.  Defendant failed to accommodate my disability even though *[mark each applicable and explain]*:

☒ I requested an accommodation *[explain what you asked for, when the request was made, to whom, and Defendant's response]*: MY DOCTOR SENT REGULAR UPDATES, BACK TO WORK MODIFIED DUTY NOTES BEGINNING AROUND 10.31.13 OR BEFORE. DEFENDANT UNNECCESARILY DELAYED PARTICIPATING IN THE INTERACTIVE ACCOMMODATION PROCESS. WE DID NOT MEET FOR ACCOMODATION UNTIL AROUND END OF JANUARY 2014. THEY DENIED ACCOMMODATION ON THE FIRST WEEK OF FEBRUARY 2014. (SEE NEXT PAGE (1))

☐ Defendant knew, or had reason to know all of the following:

a)  I have a disability within the meaning of the ADA;

b)  I was experiencing workplace problems because of this disability *[describe the problems and how they related to your disability]*: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____; and

COMPLAINT

PAGE 14 OF 18 *[JDC TEMPLATE – 05/16]*

- 19 -

*[Copy this page and insert it where you need additional space to explain what happened.]*

(1) THE PORT DID NOT GENUINELY PARTICIPATE IN THE REASONABLE ACCOMODATION PROCESS THEY TOOK ABOUT 10 DAYS UNTIL I COULD SEE THEIR PHYSICIAN, THEN SENT ME TO THEIR DOCTOR WITHOUT APPROPRIATE PAPERWORK SO I HAD TO RESCHEDULE.

ON ONE MEETING THEY WOULD NOT ALLOW MY MANAGER TO SPEAK OR DISCUSS WAYS TO REASONABLY ACCOMMODATE

ON THE SECOND MEETING THE PORT DID NOT EXPLORE WAYS OF ACCOMMODATION BUT BROUGHT UP WAYS ON JOBS THE THOUGHT I COULDN'T DO.

I SUPPLIED ANSWER ON ALL QUESTIONS ABOUT HOW I WOULD BE ABLE TO DO ALL THE WORK SUFFICIOUTLY.

ONE SUPERVISOR WAS WORRIED ABOUT LIABILITY IF I WAS REINJURED AND ASKED ME WHO WOULD BE LIABLE.

I WAS HARMED BY NOT GETTING A PAYCHECK AND LOSING RETIREMENT TIME

COMPLAINT

PAGE 15 OF 18 *[JDC TEMPLATE – 05/16]*

- 11 -

c) This disability prevented me from requesting a reasonable accommodation *[explain what aspects of your disability made it difficult for you to communicate that you needed an accommodation]* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____.

_____. Defendant could have made a reasonable accommodation *[identify the accommodation(s)]*: IF THEY WOULD HAVE GENUINELY PARTICIPATED IN THE PROCESS. AND NOT BEEN OBSTRUCTIONIST. THERE WAS PLENTY OF TEMPORARY LIGHT DUTY AVAILABLE _____

_____

_____

_____

_____

_____. The accommodation would have enabled me to *[mark applicable]*: ☐ qualify for the position; ☒ perform the essential functions of the job; ☒ other *[explain]* AND CONTINUE WORKING AS I HAD THE PREVIOUS 12 YEARS AND NOT LOST MONEY AND RETIREMENT TIME.

COMPLAINT
PAGE 16 OF 18 *[JDC TEMPLATE – 05/16]*

- 18 -

## Demand for Relief

Plaintiff respectfully requests the following relief:

1. Equitable relief

2. Compensatory damages

3. Costs and attorneys' fees as permitted by law

4. Any other relief the Court deems proper

☐ *[list other relief]*_____

*[Note this list does not include punitive damages. In certain cases, punitive damages may be awarded if the employer engaged in discrimination with malice, oppression, or reckless indifference to your rights under federal law. If this applies to your case, mark the box above, write in punitive damages, and make sure that the pages in your Complaint include facts to show that your employer acted with malice, oppression, or reckless indifference to your rights.]*

## Demand for Jury Trial

Plaintiff demands a jury trial on all issues.

*By signing this Complaint, you are stating that you reasonably believe there is evidence to support all of the statements in each of the claims you are submitting. This includes the form statements as well as the statements you wrote in yourself.*

Respectfully submitted,

Date: ___7, 19. 16___     Sign Name: _____

                          Print Name: ___JEAN PARKS (SHERRI)___

COMPLAINT

PAGE _17_ OF _18_   *[JDC TEMPLATE – 05/16]*

- 19 -

*[Copy this page and insert it where you need additional space to explain what happened.]*

COMPLAINT

PAGE *18* OF *18*   *[JDC TEMPLATE – 05/16]*

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:  **Sherri Parks**<br>**7838 Sterling Drive**<br>**Oakland, CA 94605** | From:  **Oakland Local Office**<br>**1301Clay Street**<br>**Suite 1170 N**<br>**Oakland, CA 94612** |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 555-2014-00201 | **Steven T. Hunt,**<br>**Investigator** | (510) 637-3239 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

**Dana C. Johnson,**
**Local Office Director**

04/14/16
(Date Mailed)

Enclosures(s)

cc:
**David Alexander**
**Port Attorney**
**PORT OF OAKLAND**
**530 Water Street**
**P.O. Box 2064**
**Oakland, CA 94607**

**Jane Feddes, Esq.**
**HANSON BRIDGETT LLP**
**425 Market Street, 26th Floor**
**San Francisco, CA 94105**