UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI JEAN PARKS,<br><br>        Plaintiff,<br><br>    v.<br><br>PORT OF OAKLAND,<br><br>        Defendant. | Case No.  16-cv-04061-HSG<br><br>**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 3 |

On September 22, 2016, Plaintiff Jean Parks filed a motion to continue the initial case management conference set for October 18, 2016. Dkt. No. 3. The Court DENIES the request to continue the case management conference. The Court can discuss the points raised in Plaintiff's motion, along with the other topics required to be addressed under the Local Rules, with the parties at the conference.

**IT IS SO ORDERED.**

Dated: October 3, 2016

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHERRI JEAN PARKS,

    Plaintiff,

v.

PORT OF OAKLAND,

    Defendant.

Case No. 16-cv-04061-HSG

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 3, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sherri Jean Parks
7838 Sterling Drive
Oakland, CA 94605


Dated: October 3, 2016

                Susan Y. Soong
                Clerk, United States District Court


                By:_____
                Nikki D. Riley, Deputy Clerk to the
                Honorable HAYWOOD S. GILLIAM, JR.