UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI JEAN PARKS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PORT OF OAKLAND,<br><br>　　　　Defendant. | Case No. 16-cv-04061-HSG<br><br>**ORDER GRANTING REQUEST FOR PRE-TRIAL FILING EXTENSION**<br><br>Re: Dkt. No. 106 |

On October 8, 2018, the parties filed a request to continue the deadline for pre-trial filings by three days to accommodate settlement discussions. Dkt. No. 106. The Court **GRANTS** the request. If the case does not settle at the October 10 settlement conference, all pre-trial filings must be filed on or before October 12, 2018.

**IT IS SO ORDERED.**

Dated: 10/9/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge