# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI JEAN PARKS,<br><br>    Plaintiff,<br><br>v.<br><br>PORT OF OAKLAND,<br><br>    Defendant. | Case No. 16-cv-04061-HSG<br><br>**ORDER TO SHOW CAUSE** |

The Court DIRECTS the parties to file a stipulation of dismissal in light of the successful mediation held on October 10, 2018. The parties shall file the stipulation of dismissal by October 19, 2018, or file a joint statement of no more than two (2) pages explaining why the parties are unable to file a dismissal by that date.

**IT IS SO ORDERED.**

Dated: 10/16/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge