Sherri "Jean" Parks
7838 Sterling Dr.
Oakland, CA 94605
(510) 381-9104
Jeanknee@hotmail.com


HANSON BRIDGETT LLP
JAHMAL T. DAVIS, SBN 191504
jdavis@hansonbridgett.com
JENNIFER M. MARTINEZ, SBN 262081
jmartinez@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366

PORT OF OAKLAND
DANNY W. WAN, SBN 168323
dwan@portoakland.com
DANIEL S. CONNOLLY, SBN 136005
dconnolly@portoakland.com
530 Water Street
Oakland, California 94607

Attorneys for Defendant
PORT OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SHERRI "JEAN" PARKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PORT OF OAKLAND, CITY OF OAKLAND,<br><br>　　　　　Defendants. | Case No.  4:16-CV-4061 HSG<br><br>**STIPULATION DISMISSING ENTIRE CASE WITH PREJUDICE (F.R.C.P. 41(a)(1)(A)(ii)) AND ORDER**<br><br>Trial Date:　　　　November 5, 2018 |

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:** |
| 2 | **IT IS HEREBY STIPULATED**, by and between Plaintiff Sherri "Jean" Parks, and |
| 3 | Defendant Port of Oakland, by and through their respective counsel of record, that the entire |
| 4 | above-captioned action be dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring |
| 5 | stipulation for voluntary dismissals after responsive pleadings have been filed). |
| 6 | IT IS HEREBY SO STIPULATED. |

DATED: October 19, 2018

By:     */s/ Sherri "Jean" Parks*
       SHERRI "JEAN" PARKS
       Plaintiff, Pro Se

DATED: October 19, 2018     HANSON BRIDGETT LLP

By:     */s/ Jahmal T. Davis*
       JAHMAL T. DAVIS
       JENNIFER M. MARTINEZ
       Attorneys for Defendant
       PORT OF OAKLAND

IT IS SO ORDERED.

Dated: 10/22/2018

Hon. Haywood S. Gilliam, Jr.
Judge, United States District Court